United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 13-19390-JKO
Anny Renee Marrero                                              Chapter 7
Havish A. Marrero
          Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-0          User: romeroc          Page 1 of 2          Date Rcvd: Aug 01, 2013
                              Form ID: CGFCRD3       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2013.
db            +Anny Renee Marrero,   1801 North 44th Avenue,   Hollywood, FL 33021-4203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 113C-0          User: romeroc              Page 2 of 2                Date Rcvd: Aug 01, 2013
                              Form ID: CGFCRD3           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2013 at the address(es) listed below:
        James A Poe    on behalf of Joint Debtor Havish A. Marrero jpoe@jamesalanpoepa.com, poebankruptcy@gmail.com
        James A Poe    on behalf of Debtor Anny Renee Marrero jpoe@jamesalanpoepa.com, poebankruptcy@gmail.com
        Jennifer A Pursley, Esq    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
        Kevin A Comer    on behalf of Creditor    JPMorgan Chase Bank N.A. bkfiling@consuegralaw.com
        Marc P Barmat    barmat.trustee@furrcohen.com, mpb@trustesolutions.net
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Patti H Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
        Reka  Beane    on behalf of Creditor    Nationstar Mortgage LLC sobkmail@wolfelawfl.com
                                                                                          TOTAL: 8

Form CGFCRD3  (11/14/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–19390–JKO

Chapter: 7

**In re:**

Anny Renee Marrero
aka Anny Renee Cardena
1801 North 44th Avenue
Hollywood, FL 33021

SSN: xxx–xx–0806

Havish A. Marrero
1801 North 44th Avenue
Hollywood, FL 33021

SSN: xxx–xx–5096

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **August 27, 2013** at **11:00 AM** at the following location:

**U.S. Courthouse**
**299 E Broward Blvd #301**
**Ft Lauderdale FL 33301**

to consider the following:

**Reaffirmation Agreement with Capital One, N.A.– Best Buy Co., Inc. Filed by Creditor Capital One, N.A.. (Pursley, Jennifer) (26)**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON–EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: 8/1/13

CLERK OF COURT
By: Christina Romero
Courtroom Deputy